B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Nassau Broadcasting Partners, L.P. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br><br>22-3349866 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>619 Alexander Road, Third Floor<br>Princeton, NJ 08540<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Mercer County<br>ZIP CODE 08540 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7  ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☒ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Annex A | Case Number<br>Pending | Date |
|---|---|---|
| Relationship<br>See Annex A | District<br>Delaware | Judge<br>Pending |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

**TRANSFER OF CLAIM**
☒ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x  See Annex B<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner             Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _[signature] Daniel J. DeFranceschi  9/15/2011_<br>Signature of Attorney                     Date<br><br>Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7816<br><br>Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 5th Avenue<br>New York, NY 10153<br>(212) 310-8000 |
|---|---|
| x  See Annex B<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner             Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _[signature] Daniel J. DeFranceschi  9/15/2011_<br>Signature of Attorney                     Date<br><br>Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7816<br><br>Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 5th Avenue<br>New York, NY 10153<br>(212) 310-8000 |
| x  See Annex B<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner             Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _[signature] Daniel J. DeFranceschi  9/15/2011_<br>Signature of Attorney                     Date<br><br>Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7816<br><br>Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 5th Avenue<br>New York, NY 10153<br>(212) 310-8000 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Goldman Sachs Lending Partners LLC<br>See Annex B for address | Moneys loaned and advanced | See Annex B |
| Fortress Credit Opportunities I LP<br>See Annex B for address | Moneys loaned and advanced | See Annex B |
| P.E. Capital, LLC<br>See Annex B for address | Moneys loaned and advanced | See Annex B |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>See Annex B |

    5    continuation sheets attached

Annex A to Involuntary Chapter 7 Petition

Name of Debtor: Nassau Broadcasting Partners, L.P.

Pending Involuntary Bankruptcy Cases Filed Against Affiliates Of Debtor:

Name of Debtor: Nassau Broadcasting I, LLC
Case Number: Pending
Date: September 15, 2011
Relationship: Wholly Owned Subsidiary of Nassau Broadcasting Partners, L.P.
District: Delaware
Judge: Pending

Name of Debtor: Nassau Broadcasting II, LLC
Case Number: Pending
Date: September 15, 2011
Relationship: Wholly Owned Subsidiary of Nassau Broadcasting I, LLC
District: Delaware
Judge: Pending

Name of Debtor: Nassau Broadcasting III, LLC
Case Number: Pending
Date: September 15, 2011
Relationship: Wholly Owned Subsidiary of Nassau Broadcasting I, LLC
District: Delaware
Judge: Pending

On the date hereof, each of the affiliated entities listed above were named debtors in involuntary petitions for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

Annex B to Involuntary Chapter 7 Petition

Name of Debtor: Nassau Broadcasting Partners, L.P.

Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

Petitioner holds claims against the Debtor in excess of $69,795,606 in principal amount, plus accrued interest and other obligations. Petitioner's claims are secured by liens on and security interests in all or substantially all of the Debtor's assets and properties. Petitioner hereby waives an amount of its secured claim solely to the extent of $10,000.

Name of Petitioner:  Goldman Sachs Lending Partners LLC

By: _____

Name: Buckley Ratchford
Title: Managing Director

Address: 200 West Street
New York, NY 10282

Dated: September 15, 2011

Annex B to Involuntary Chapter 7 Petition

Name of Debtor: Nassau Broadcasting Partners, L.P.

Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

Petitioner holds claims against the Debtor in excess of $11,174,559 in principal amount, plus accrued interest and other obligations. Petitioner's claims are secured by liens on and security interests in all or substantially all of the Debtor's assets and properties. Petitioner hereby waives an amount of its secured claim solely to the extent of $10,000.

Name of Petitioner:

Fortress Credit Opportunities I LP,

By: Fortress Credit Opportunities I GP LLC, its general partner

By: _____

Title: __CONSTANTINE M. DAKOLIAS__
PRESIDENT

Address: 1345 Avenue of the Americas, 46th Floor
New York, NY 10105

Dated: September 15, 2011

Annex B to Involuntary Chapter 7 Petition

Name of Debtor:  Nassau Broadcasting Partners, L.P.

Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

Petitioner holds claims against the Debtor in excess of $2,830,229 in principal amount, plus accrued interest and other obligations.  Petitioner's claims are secured by liens on and security interests in all or substantially all of the Debtor's assets and properties.  Petitioner hereby waives an amount of its secured claim solely to the extent of $10,000.

Name of Petitioner:             P.E. Capital, LLC

By: _____

Name:  Douglas A. Pluss
Title:  Manager

Address:  3033 East First Avenue, Suite 502
          Denver, CO 80206

Dated:  September 15, 2011

Annex B to Involuntary Chapter 7 Petition

As set forth in this Annex B, the Petitioners hold claims against the Debtor in an aggregate principal amount exceeding $83,800,394. Petitioners' claims are secured by liens on and security interests in all or substantially all of the Debtor's assets and properties.

Petitioners each have waived an amount of their respective secured claims. The aggregate amount so waived is equal to $30,000. The Petitioners' claims aggregate at least $30,000 more than the value of any lien on property of the Debtor securing such claims.