# **EXHIBIT A**

Nassau Broadcasting Partners, L.P.
Consolidated Cash Budget (In Thousands)

| | 1 W/E 10/15/2011 | 2 W/E 10/22/2011 | 3 W/E 10/29/2011 | 4 W/E 11/5/2011 | 5 W/E 11/12/2011 | 6 W/E 11/19/2011 | 7 W/E 11/26/2011 | 8 W/E 12/3/2011 | 9 W/E 12/10/2011 | 10 W/E 12/17/2011 | 11 W/E 12/24/2011 | 12 W/E 12/31/2011 | 13 W/E 1/7/2012 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash At Beginning of Period** | $ 1,600 | $ 1,282 | $ 1,706 | $ 1,562 | $ 1,715 | $ 1,584 | $ 2,208 | $ 2,615 | $ 2,103 | $ 2,370 | $ 2,318 | $ 2,887 | $ 2,077 | $ 1,600 |
| **Cash Receipts:** | | | | | | | | | | | | | | |
| Total Cash Receipts | 797 | 1,000 | 1,079 | 574 | 749 | 1,043 | 903 | 693 | 697 | 703 | 720 | 500 | 500 | 9,958 |
| **Cash Disbursements:** | | | | | | | | | | | | | | |
| *Operating Disbursements:* | | | | | | | | | | | | | | |
| Salaries, wages | 542 | - | 542 | - | 542 | - | - | 542 | - | 542 | - | 542 | - | 3,252 |
| Commissions, incentives | 2 | - | 141 | - | - | - | - | 150 | - | - | - | 250 | - | 543 |
| Management fee (1) | - | - | - | 40 | - | - | - | 40 | - | - | - | - | 40 | 120 |
| Payroll taxes | 43 | - | 53 | - | 43 | - | - | 53 | - | 43 | - | 58 | - | 293 |
| Employee benefits | 146 | 5 | 5 | 4 | 140 | 11 | 5 | 4 | 141 | 10 | 5 | 4 | 5 | 485 |
| National rep firm commission | - | - | 65 | - | - | - | 65 | - | - | - | - | 65 | - | 195 |
| Music license fees | - | - | 144 | - | - | - | 112 | - | - | - | - | 112 | - | 368 |
| Research | 135 | - | - | 135 | - | - | - | 135 | - | - | - | - | - | 405 |
| Program rights, streaming costs and talent | - | 40 | 10 | - | 40 | - | 30 | - | 40 | - | - | 10 | 40 | 210 |
| Rents, utilities and property taxes | 152 | 300 | 23 | 104 | 30 | 232 | 37 | 90 | 195 | 60 | 25 | 26 | 91 | 1,365 |
| Broadcast equipment lease payments | - | 24 | - | - | - | 24 | - | - | - | - | 24 | - | - | 72 |
| Repairs and maintenance | 12 | 68 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 212 |
| Insurance premiums | - | 20 | - | - | - | 64 | - | - | - | 18 | - | - | - | 102 |
| Auto and travel | 7 | - | - | 63 | 7 | - | - | 63 | 7 | - | - | - | 63 | 210 |
| Advertising and station promotions | 6 | 3 | 3 | 3 | 6 | 6 | 10 | 3 | - | - | - | - | - | 40 |
| Traffic system, Advantage, and other sales related fees | 40 | 5 | 5 | 5 | 5 | 40 | 5 | 5 | 5 | 40 | 5 | 5 | 5 | 170 |
| Software license fees | - | - | - | - | 25 | - | - | 20 | - | - | - | - | - | 45 |
| Audit and tax | - | - | - | - | - | - | - | - | - | - | 50 | - | - | 50 |
| Other operating cost (2) | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 260 |
| Contingencies | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 130 |
| Total Operating Disbursements | 1,115 | 495 | 1,033 | 396 | 880 | 419 | 306 | 1,147 | 430 | 755 | 151 | 1,114 | 286 | 8,527 |
| *Bankruptcy Disbursements:* | | | | | | | | | | | | | | |
| Debtors' attorneys (3) | - | - | 175 | - | - | - | 175 | - | - | - | - | 175 | - | 525 |
| Unsecured creditors' committee professionals | - | - | 15 | - | - | - | 15 | - | - | - | - | 15 | - | 45 |
| Noticing Agent | - | - | - | 10 | - | - | - | 8 | - | - | - | 6 | - | 24 |
| First lien agent | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee | - | - | - | - | - | - | - | - | - | - | - | - | 11 | 11 |
| Utility deposits | - | 68 | - | - | - | - | - | - | - | - | - | - | - | 68 |
| Total Bankruptcy Disbursements | - | 68 | 190 | 10 | - | - | 190 | 8 | - | - | - | 196 | 11 | 673 |
| Capital Expenditures | - | 13 | - | 15 | - | - | - | 50 | - | - | - | - | - | 78 |
| **Total Disbursements** | 1,115 | 576 | 1,223 | 421 | 880 | 419 | 496 | 1,205 | 430 | 755 | 151 | 1,310 | 297 | 9,278 |
| **Weekly Cash Flow** | (318) | 424 | (144) | 153 | (131) | 624 | 407 | (512) | 267 | (52) | 569 | (810) | 203 | 680 |
| **Cash At End of Period** | $ 1,282 | $ 1,706 | $ 1,562 | $ 1,715 | $ 1,584 | $ 2,208 | $ 2,615 | $ 2,103 | $ 2,370 | $ 2,318 | $ 2,887 | $ 2,077 | $ 2,280 | $ 2,280 |

Notes:
(1) The management fee is paid to Nassau Holdings, Inc. as part of the CEO's compensation plan.
(2) Other operating costs includes bank charges, dues, subscription, office supplies, payroll service fees, postage and mailing costs.
(3) Debtors' attorneys include Pepper Hamilton, Foley Hoag, and Patton Boggs.