## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nassau Broadcasting Partners, L.P., *et al.,*[1] | Case No. 11-12934 (KG) |
| Debtors and Debtors-in-Possession. | **Re:  Docket Nos. 300 and 459** |

## NOTICE OF WITHDRAWAL OF AGENT'S OBJECTION TO MOTION OF THE DEBTORS PURSUANT TO BANKRUPTCY RULE 9019 FOR THE ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS AND GLOBAL SIGNAL ACQUISITION, LLC AND GLOBAL ACQUISITION IV, LLC

PLEASE TAKE NOTICE that, on June 5, 2012, Goldman Sachs Credit Partners L.P. (the "Agent"), by and through its undersigned counsel, filed the **Agent's Objection to Motion of the Debtors Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtors and Global Signal Acquisition, LLC and Global Acquisition IV, LLC** [Docket No. 459] (the "Objection") in the above-captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that the Agent hereby withdraws the Objection without prejudice.

---

[1]  The Debtors are the following entities (last four digits of EIN in parentheses): (i) Nassau Broadcasting Partners, L.P., a Delaware limited partnership (9866), (ii) Nassau Broadcasting I, LLC, a Delaware limited liability company (7047), (iii) Nassau Broadcasting II, LLC, a Delaware limited liability company (2048), and (iv) Nassau Broadcasting III, LLC, a Delaware limited liability company (9570).  The mailing address for the Debtors is 619 Alexander Road, Third Floor, Princeton, NJ 08540.

Dated: September 24, 2012
     Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Daniel J. DeFranceschi (No. 2732)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Stephen Karotkin
Ted Waksman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Agent*