
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nassau Broadcasting Partners, L.P., *et al.*,[1] | Case No. 11-12934 (KG) |
| Debtors and Debtors-in-Possession. | (Jointly Administered) |
| | **Related Docket No. 300** |

## ORDER GRANTING MOTION OF THE DEBTORS PURSUANT TO BANKRUPTCY RULE 9019 FOR THE ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS AND GLOBAL SIGNAL ACQUISITION, LLC, AND GLOBAL ACQUISITION IV, LLC

UPON CONSIDERATION OF the Motion of the Debtors Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtors and Global Signal Acquisitions, LLC and Global Acquisitions IV, LLC (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was appropriate under the circumstances and that no other or further notice need be given; and the relief requested being in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Nassau Broadcasting Partners, L.P., a Delaware limited partnership (9866) (Case No. 11-12934), (ii) Nassau Broadcasting I, LLC, a Delaware limited liability company (7047) (Case No. 11-12931), (iii) Nassau Broadcasting II, LLC, a Delaware limited liability company (2048) (Case No. 11-12932), and (iv) Nassau Broadcasting III, LLC, a Delaware limited liability company (9570) (Case No. 11-12933). The mailing address for the Debtors is 619 Alexander Road, Third Floor, Princeton, NJ 08540.

[2] All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Settlement Agreement attached to the Motion as **Exhibit A** is hereby APPROVED.

3. The Debtors are authorized to take such actions as they may deem necessary or appropriate to consummate the Settlement Agreement.

4. Nothing herein shall constitute or approve an assumption of any executory contract or unexpired lease of the Debtors or any of them, and all rights of the Debtors and their estates with regard to executory contracts and unexpired leases are preserved.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Sept. 25, 2012
Wilmington, Delaware

The Honorable Kevin Gross
Chief United States Bankruptcy Judge